ERIC GRANT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

**Feb 19, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-0204-DJC |
| Plaintiff, | [PROPOSED] ORDER UNSEALING INDICTMENT |
| v. | |
| ROBERTO JESUS TADEO BELTRAN, | |
| Defendant. | |

The United States' motion to unseal the Indictment in the above-referenced case is GRANTED. The Clerk of the Court is directed to unseal the original Indictment and to file it on the public docket.

Dated: February 19, 2026

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge

[PROPOSED] ORDER TO UNSEAL INDICTMENT