ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-0204-DJC |
| Plaintiff, | ORDER |
| v. | |
| ROBERTO JESUS TADEO BELTRAN, | |
| Defendant. | |

**ORDER**

Upon the motion of the United States, good cause having been shown,

IT IS HEREBY ORDERED that the order issued February 23, 2026, by the United States Magistrate Judge for the District of Arizon, authorizing the release of the defendant, Roberto Jesus Tadeo Beltran, shall be stayed until further order of this Court, and the defendant shall remain in the custody of the United States Marshal's Service pending further proceedings before this Court on the government's motion to revoke the release order pursuant to Title 18, United States Code, Section 3145;

IT IS FURTHER ORDERED that the United States Marshal's Service shall promptly transport the defendant from the District of Arizona to the Eastern District of California for such proceedings;

Dated:  February 23, 2026                    /s/ Daniel J. Calabretta
                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                          UNITED STATES DISTRICT JUDGE