IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:25-cr-00204 DJC |
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| ROBERTO JESUS TADEO BELTRAN | ) | |
| Defendant. | ) | |

The above-named Defendant has, under oath, sworn or affirmed at an initial appearance in the District of Arizona as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him.  He has been ordered to appear in our district. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Michael Hansen be appointed to represent the above defendant in this case effective *nunc pro tunc* to February 23, 2026.

This appointment shall remain in effect until further order of this court.

Dated:  February 24, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

-1-