ERIC GRANT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO JESUS TADEO BELTRAN,<br><br>Defendant. | CASE NO.  2:25-CR-0204-DJC<br><br>STIPULATION TO CONTINUE HEARING DATE; ORDER<br><br>DATE: March 12, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1.     This matter is currently set for a hearing on March 12, 2026 on the United States' motion to revoke the release order issued in the District of Arizona pursuant to 18 U.S.C. § 3145.  *See* ECF 63, 64.

2.     According to information provided by the U.S. Marshal's Service, defendant is not anticipated to arrive in this district from the District of Arizona before the end of March.

3.     Therefore, by this stipulation, the parties agree to continue the hearing on the pending motion to revoke until April 2, 2026.

IT IS SO STIPULATED.

1

Dated:  March 9, 2026

ERIC GRANT
United States Attorney


/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney


Dated:  March 9, 2026

/s/ MICHAEL HANSEN
MICHAEL HANSEN
Counsel for Defendant
Roberto Jesus Tadeo Beltran


**ORDER**

The hearing on the government's motion to revoke (ECF 63) is hereby continued from March 12, 2026, until April 2, 2026, at 9:00 a.m.

Dated:  March 9, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE