**FILED**

April 07, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO JESUS TADEO BELTRAN,<br><br>Defendant. | Case No.  2:25-cr-00204-DJC<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROBERTO JESUS TADEO BELTRAN ,  Case No.  2:25-cr-00204-DJC    , Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

___X___ Unsecured Appearance Bond $  50,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):  The defendants' release is delayed until 04/08/2026 at 9:00 AM from Wayne Brown Correctional Facility in Nevada City.

Issued at Sacramento, California on April 07, 2026, at 3:40 PM.

By: _____

Magistrate Judge Allison Claire